■ NATHANIEL S. SNIPES et al., Appellants, v CITIBANK, Respondent.—Appeal from order, Supreme Court, New York County (Edith Miller, J.), entered on or about February 11, 1987, unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Sandler, Kassal and Smith, JJ.

■ WESTPAC BANKING CORPORATION, Respondent, v VINCENT J. DESCHAMPS et al., Defendants, and SIEDMAN & SEIDMAN, Appellant.—Order, Supreme Court, New York County (Edward Greenfield, J.), entered on or about April 16, 1987, unanimously affirmed for the reasons stated by Edward Greenfield, J. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Sullivan, J. P., Carro, Milonas, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY THOMAS, Appellant.—Judgment, Supreme Court, New York County (Stanley Sklar, J.), rendered on January 9, 1984, unanimously affirmed.

Application by appellant's counsel Hertz to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Milonas, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN SALCEDO, Appellant.—Judgment, Supreme Court, New York County (Arnold Fraiman, J.), rendered on December 6, 1984, unanimously affirmed. Motion by defendant-appellant for leave to file a pro se supplemental brief denied. No opinion. Concur—Sullivan, J. P., Ross, Kassal, Rosenberger and Wallach, JJ.